**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JAMES HOSANNA,

    Plaintiff,                                             Case No.

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., AND PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendants.
_____/

## JOINT NOTICE OF REMOVAL

Defendants, Portfolio Recovery Associates, LLC ("PRA"), and Experian Information Solutions, INC., ("Experian") (collectively the "Defendants"), by and through their undersigned counsel and pursuant to Title 28, United States Codes, §§1331, 1441, and 1446, hereby file this Joint Notice of Removal, and in support thereof, states as follows:

1. On or about July 10, 2025, Plaintiff initiated an action against Defendants in the County Court (Small Claims) of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case Number COCE-25-047350. A true and correct copy of the Broward County Clerk of Court's civil docket page is attached hereto.

2. The Summons and Statement of Claim were served via process server on Experian's Registered Agent on July 17, 2025. True and correct copies of the Summons, Statement of Claim, and all other process and pleadings served upon Experian in this cause (except discovery) are attached hereto.

3. The Summons and Statement of Claim were served via process server on PRA's Registered Agent on August 11, 2025. True and correct copies of the Summons, Statement of

Claim, and all other process and pleadings served upon PRA in this cause (except discovery) are attached hereto.

4. The Statement of Claim alleges that Defendants violated the Fair Credit Reporting Act (hereinafter "FCRA"), 15 U.S.C. §§ 1681, et seq., in its dealings with Plaintiff.

5. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. As such, the United States District Courts have original jurisdiction over Plaintiff's FCRA claims, as they arise under the Constitution, laws or treaties of the United States. *Id.*

6. Defendants are entitled to remove Plaintiff's FCRA claims to this Court pursuant to 28 U.S.C. § 1441(a), which states:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. Accordingly, Defendants are entitled to remove Plaintiff's FCRA claims to this Court because this Court has original jurisdiction over these claims and the state court action filed by Plaintiff is currently pending in this District and Division. 28 U.S.C. § 1441(a).

8. A true and correct copy of this Notice of Removal was filed with the Clerk of the United States District Court within thirty (30) days after service of the Statement of Claim upon Defendant, PRA. 28 U.S.C. § 1446(b).

9. The Notice of Removal attached hereto will be promptly served on all adverse parties and filed with the Clerk of the State Court in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this case proceed in this Court as an action properly removed to it.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2025 a true and correct copy of this document was electronically filed via the Court's CM/ECF Filing System, which will serve the following:

James Hosanna
95 NE 41st K164
Oakland Park, FL 33334
jameshosanna@email.com
*Pro Se Plaintiff*

*s/ Robert E. Sickles, Esq.*
Robert E. Sickles, Esq.
Florida Bar No. 167444
Bryan P. Hernandez
Florida Bar no. 1044550
robert.sickles@dinsmore.com
bryan.hernandez@dinsmore.com
**DINSMORE & SHOHL LLP**
201 North Franklin Street, Suite 3050
Tampa, FL 33602
Phone: (813) 543-9848
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC.*

*s/Gabriella Pinzon, Esq.*
Gabriella Pinzon, Esq.
Florida Bar No. 1059837
gpinzon@jonesday.com
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone: (305) 714-9700
*Counsel for Defendant,*
*Experian Information Solutions Inc.*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAMES HOSANNA

### DEFENDANTS
PORTFOLIO RECOVERY ASSOCIATES, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

James Hosanna, Pro Se Plaintiff 95 NE 41st K164 Okland Park, FL 3334  305-504-9049

Attorneys *(If Known)* Robert E. Sickles, Esq. and Bryan Hernandez, Esq.. Dinsmore & Shohl LLP, 201 N. Franklin St, Suite 3050, Tampa, FL 33602; 813-543-9848

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability |  | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | [X] 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty |  | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other / **IMMIGRATION** |  |  | 950 Constitutionality of State Statutes |
|  | 448 Education / 550 Civil Rights / 462 Naturalization Application |  |  |  |
|  | 555 Prison Condition / 465 Other Immigration Actions |  |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC Section 1681

Brief description of cause:
Plaintiff alleges violations of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 8,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 8/18/2025

SIGNATURE OF ATTORNEY OF RECORD: s/Robert E. Sickles, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# BROWARD COUNTY SHERIFF'S OFFICE
2601 West Broward Blvd Fort Lauderdale, Florida 33312

**Broward Sheriff's Office/Civil Division**
**Return of Service Affidavit**

# RETURN OF SERVICE

Service Sheet # 25027243
Court Case: COCE-25-47350

James Hosanna VS Experian Information Solutions Portfolio Recovery Association, LLC

Hearing Date: 08/19/2025
Received by CCN 10451
07/17/2025 9:19 AM

Type of Writ: Notice of Pretrial Hearing/Statement of Claim   Court: County / Broward FL

Serve: **Experian Information Solutions, Inc.**   1200 S Pine Island Road   Plantation FL 33324

**FILED**
JUL 2 3 2025
County Civil
BROWARD COUNTY

| Served: | X |
|---|---|
| Not Served: | |

James Hosanna
95 NE 41 Street
Apt K164
Oakland Park FL 33334

**Date:** 07/17/2025   **Time:** 2:29 PM

On Experian Information Solutions, Inc. in Broward County, Florida, by serving the within named person a true copy of the writ with the date and time of service endorsed thereon by me, and copy of the complaint petition or initial pleading by the following method:

**SUBSTITUTE SERVICE**

To Donna Moch / Registered Agent:

At the defendant's usual place of abode on "any person residing therein 15 years of age or older", in accordance with F.S. 48.031(1)(a); or to the defendant's spouse at a location in accordance with F.S.48.031(2)(a); or to the person in charge of the defendant's business in accordance with F.S 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business.

/

**COMMENTS:** Donna Moch, CT Rep, authorized to accept service. W/F, 5'5, long brown hair.
Gender: Female, Height - Feet: 5, Height - Inches: 5, Race: White

You can now check the status of your writ by visting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

**Dr. Gregory Tony, Sheriff**
**Broward County, Florida**

By: *[signature]*   D.S.

J. Perko-McPartland, #10451

| RECEIPT INFORMATION | | | | | |
|---|---|---|---|---|---|
| Receipt # | Check # / MO # | Payment Type | Amount | Original | Services |
| 87356 | 2238256777 | Money Order | $40.00 | 1 | 1 |
| | | Total: | $40.00 | | |

| SHERIFF'S FEES & COSTS | |
|---|---|
| Service | $40.00 |

bs18718   ORIGINAL   Page 1 of 1 bs10451 07/17/2025 15:05:38